1  McGREGOR W. SCOTT
   United States Attorney
2  ANDRE M. ESPINOSA
   KEVIN C. KHASIGIAN
3  Assistant U. S. Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA  95814
5  Telephone:  (916) 554-2700

6  Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEFF CARPOFF,<br><br>Defendant | 2:20-CR-00017-JAM<br><br><br><br>PRELIMINARY ORDER OF FORFEITURE |
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PAULETTE CARPOFF,<br><br>Defendant | 2:20-CR-00018-JAM |

Based upon the plea agreement and stipulation for preliminary order of forfeiture entered into between plaintiff United States of America and defendants Jeff Carpoff and Paulette Carpoff, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), defendants Jeff Carpoff

1                                                           Preliminary Order of Forfeiture

and Paulette Carpoff's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

a. Seagrape Villa 1722 at the Four Seasons Resort Estate Nevis, "1722 Stewart's Estate," Federation of St Kitts-Nevis, West Indies, Lot 12, Clarks/Jessups (Stewarts Estate), Parish of St. Thomas, Island of Nevis;
b. All funds maintained at Deltec Bank and Trust, account number 1001021, held in the name of DC Solar International, Inc.;
c. All funds maintained at JP Morgan Chase, account number 371767515, held in the name of Jocarbo, LLC;
d. Any and all interests held by Jeffrey Carpoff and/or Paulette Carpoff in Whetstone Winery, Inc.;
e. Any and all interests held by Jeffrey Carpoff and/or Paulette Carpoff in JPC Group Investments;
f. Any and all interests held by Jeffrey Carpoff and/or Paulette Carpoff in Shift Solutions LLC;
g. Any and all interests held by Jeffrey Carpoff and/or Paulette Carpoff in Panda Bear International Ltd.;
h. Any and all interests held by Jeffrey Carpoff and/or Paulette Carpoff in MTO Cafe;
i. Any and all interests held by Jeffrey Carpoff and/or Paulette Carpoff in JMFC, Inc.;
j. Any and all interests held by Jeffrey Carpoff and/or Paulette Carpoff in PMFC Enterprises LLC;
k. Any and all interests held by Jeffrey Carpoff and/or Paulette Carpoff in LITV Entertainment Group, LLC;
l. Any and all interests held by Jeffrey Carpoff and/or Paulette Carpoff in Yountville Live;
m. 1969 Plymouth Roadrunner, VIN: RM23H9E119339, California License Number 7KWT404;
n. 2018 Bentley Bentayga, VIN: SJAAC2ZV2JC016871, California License Number 8ACK304;
o. 1969 Plymouth Roadrunner, VIN: RM21H9G224046, California License Number 7KWT403;
p. 2015 Dodge Ram 5500 Chassis, VIN: 3C7WRMBL4FG594873, California License Number 83673W1;
q. 2018 Dodge Ram 2500 Tradesman, VIN: 3C6UR5CL1JG169183, California License Number 60837K2;
r. 2018 Dodge Ram 2500 Tradesman, VIN: 3C6UR5CL7JG169186, California License Number 99981J2;
s. 2014 Dodge Ram, VIN: 3C6UR5CL3EG291677, California License Number 63502S1;
t. 2014 Dodge Ram, VIN: 3C6UR5CL1EG147612, California License Number 89288N1;
u. 2018 Dodge Ram, VIN: 3C6UR5CL9JG169190, California License Number 60844K2;
v. 2000 Porsche Boxster, VIN: WP0CA2982YU626068, Unknown License Number;
w. 2015 Yukon Denali, VIN: 1GKS2JKJ3FR710968;
x. 2017 Cadillac Escalade, VIN 1GYS4CKJ0HR24294;
y. 2017 Centurion Vessel, VIN: FINS1554F717, Unknown License Number;
z. Approximately $580,000 in U.S. Currency held by Terry L. Davis and Susan Rush in Las Vegas, Nevada, and described in Case No. A-19-803784-C, filed in

|   |     | Clark County District Court, <u>Jeff and Paulette Carpoff v. Terry L. Davis and Susan Rush</u>; |
|---|-----|---|
|   | aa. | Approximately $200,000 in the form of a promissory note and deed of trust, extended to Terry L. Davis and Susan Rush, residents of Las Vegas, Nevada; |
|   | bb. | Any and all sales proceeds from the vehicles listed in Exhibit A, sold in <u>United States v. 2011 BMW 328I, VIN: WBAPH7C53BE460537, et al.</u>, 2:19-MC-00053-TLN-CKD; |
|   | cc. | Any and all interests held by Jeffrey Carpoff and/or Paulette Carpoff in AEC Digital Solutions, LLC; |
|   | dd. | Any and all interests held by Jeffrey Carpoff and/or Paulette Carpoff in American General Resources, LLC; |
|   | ee. | Any and all interests held by Jeffrey Carpoff and/or Paulette Carpoff in CDRL Nutritional, Inc.; |
|   | ff. | Any and all interests held by Jeffrey Carpoff and/or Paulette Carpoff in Whetstone Wine Cellars, LLC; |
|   | gg. | Any and all interests held by Jeffrey Carpoff and/or Paulette Carpoff in Phoenix Myrrh Ltd.; |
|   | hh. | Any and all interests held by Jeffrey Carpoff and/or Paulette Carpoff in NuLeaf Capital Investors Group, LLC; |
|   | ii. | Any and all interests held by Jeffrey Carpoff and/or Paulette Carpoff in Luminary Diffusion Systems, LLC; |
|   | jj. | Any and all interests held by Jeffrey Carpoff and/or Paulette Carpoff in City Zenith, LLC; |
|   | kk. | Any and all interests held by Jeffrey Carpoff and/or Paulette Carpoff in Linius Technologies Ltd.; |
|   | ll. | Any and all interests held by Jeffrey Carpoff and/or Paulette Carpoff in AEC Digital Solutions, LLC; |
|   | mm. | Any and all interests held by Jeffrey Carpoff and/or Paulette Carpoff in Hidden Oaks Investors, LLC; |
|   | nn. | Approximately $900,000.00 associated with DC Solar and referenced as a "Standby Letter of Credit," issued on November 23, 2012, by JP Morgan Chase, N.A.[1]; |
|   | oo. | Approximately $1,350,000.00 associated with DC Solar and referenced as a "Standby Letter of Credit," issued by JP Morgan Chase, N.A.[2]; |
|   | pp. | Cashier's Check number 001433345, made payable to Champion Select Insurance, in the amount of $1,294,645.40; |
|   | qq. | Cashier's Check number 001433344, made payable to Bayshore Select Insurance, in the amount of $1,282,445.00; and |
|   | rr. | Approximately $3,729,981.00 in U.S. Currency at Deltec Bank & Trust Limited, Nassau, Bahamas, held in the name of DC Solar International, Inc. |

2.  The above-listed property constitutes property involved in and/or property traceable to violations of 18 U.S.C. §§ 371, 1349 and 1957(a).

3.  Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the U.S. Marshals Service, in its secure custody and control.

---

[1] The complete Standby Letter of Credit for $900,000.00 is attached as Exhibit B.
[2] The complete Standby Letter of Credit for $1,350,000.00 is attached as Exhibit C.

3

4.  a.   Pursuant to 18 U.S.C.§ 982(b)(1) and 28 U.S.C. § 2461(c), 21 U.S.C. § 853(n) and Local Rule 171, the United States shall publish notice of the order of forfeiture.  Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov.  The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

  b.   This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from the receipt of direct written notice, whichever is earlier.

5.   If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), in which all interests will be addressed.

SO ORDERED this 13th day of March, 2020

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge