# Memorandum

United States Attorney's Office
Eastern District of California



| | | | |
|---|---|---|---|
| Subject: | 2:20-CR-0018-JAM<br>U.S. v. Paulette Carpoff | Date: | June 19, 2020 |
| To: | The Honorable John A. Mendez,<br>Courtroom Deputy Harry Vine | From: | Andre M. Espinosa<br>U.S. Attorney's Office<br>Eastern District of California<br>501 I Street, Ste 10-100<br>Sacramento, California 95814<br>Telephone: (916) 554-2700 |

    The parties jointly request that the Court vacate the sentencing in this matter for defendant Paulette Carpoff, currently scheduled for June 23, 2020, at 9:15a.m., and set a hearing for Status for Judgment and Sentencing on December 15, 2020, at 9:15a.m.

    The defendant's counsel has been contacted informally and will have additional notice through this request and any further notice the Court files.

    Defendant Paulette Carpoff is currently not in custody.