# Memorandum

*United States Attorney's Office*
*Eastern District of California*



| | | | |
|---|---|---|---|
| *Subject:* | **2:20-CR-0018-JAM**<br>**U.S. v. Paulette Carpoff** | *Date:* | **March 10, 2021** |
| *To:* | **The Honorable John A. Mendez,**<br>**Courtroom Deputy Gabriel Michel** | *From:* | **Andre M. Espinosa**<br>**U.S. Attorney's Office**<br>**Eastern District of California**<br>**501 I Street, Ste 10-100**<br>**Sacramento, California 95814**<br>**Telephone: (916) 554-2700** |

The parties jointly request that the Court vacate the hearing for Judgment and Sentencing in this matter for defendant Paulette Carpoff, currently scheduled for April 6, 2021, at 9:15 a.m., and set a hearing for Judgment and Sentencing on May 25, 2021, at 9:15 a.m.

The defendant's counsel has been contacted informally and will have additional notice through this request and any further notice the Court files.

Defendant Paulette Carpoff is currently not in custody.