PHILLIP A. TALBERT
Acting United States Attorney
ANDRÉ M. ESPINOSA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>        v.<br><br>PAULETTE CARPOFF,<br><br>               Defendant. | CASE NO. 2:20-CR-00018-JAM<br><br>DESIGNATION OF COUNSEL |

The United States of America requests that Assistant U.S. Attorney André M. Espinosa be removed as lead counsel of record for plaintiff to the above-referenced case and remove him from the service list of actions, as he is no longer associated with the U.S. Attorney's Office.

Dated: March 18, 2021              PHILLIP A. TALBERT
                                   Acting United States Attorney

                              By:  /s/ ANDRÉ M. ESPINOSA
                                   ANDRÉ M. ESPINOSA
                                   Assistant United States Attorney

DESIGNATION OF COUNSEL                    1