# PORTANOVA & ASSOCIATES

**Phone**
(916) 444-7900

www.Portanova.com

400 CAPITOL MALL, SUITE 1100
SACRAMENTO, CA  95814

**Fax**
(916) 444-7998

**Email**
wjp@portanova.com

## MEMORANDUM

November 12, 2021

TO:        Gabriel Michel,
              Courtroom Deputy to the Honorable Judge John A. Mendez

FROM:    William J. Portanova

CASE NO:   2:20-CR-00018-JAM
              Defendant:  Paulette Carpoff

        The above referenced case is currently on calendar for Judgment and Sentencing on Tuesday, November 16, 2021 but the Presentence Report process is not complete.  Defense counsel has spoken with AUSA Christopher Hales and the parties are in agreement to continue Judgment and Sentencing to Tuesday, March 22, 2022 at 9:30 am before the Honorable Judge John A. Mendez. United States Probation Officer Lynda Moore has been notified and has no objection.

        The parties have also agreed to continue the Presentence Report schedule as follows:

| | |
|---|---|
| Judgment and Sentencing Date: | March 22, 2022 |
| Reply or Statement of Non-Opposition: | March 15, 2022 |
| Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | March 8, 2022 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | March 1, 2022 |
| Counsel's written objection to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | February 22, 2022 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | February 8, 2022 |

// // //

Please let us know if you need any additional information.

Respectfully submitted,

/s/ *William J. Portanova*
William J. Portanova

Attorney for Defendant
Paulette Carpoff