# PORTANOVA & ASSOCIATES

www.Portanova.com

400 CAPITOL MALL, SUITE 1100
SACRAMENTO, CA  95814

**Phone**
(916) 444-7900

**Fax**
(916) 444-7998

**Email**
wjp@portanova.com

## MEMORANDUM

April 26, 2022

TO: Gabriel Michel,
   Courtroom Deputy to the Honorable Judge John A. Mendez

FROM: William J. Portanova

CASE NO: 2:20-CR-00018-JAM
    Defendant:  Paulette Carpoff

The above referenced case is currently on calendar for Judgment and Sentencing on Tuesday, May 10, 2022.  Defense counsel has spoken with AUSA Christopher Hales and the parties are in agreement to continue Judgment and Sentencing to Tuesday, June 28, 2022 at 9:30 am before the Honorable Judge John A. Mendez. United States Probation Officer Lynda Moore has been notified and has no objection.

The parties have also agreed to continue the Presentence Report schedule as follows:

| | |
|---|---|
| Judgment and Sentencing Date: | June 28, 2022 |
| Reply or Statement of Non-Opposition: | June 21, 2022 |
| Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | June 14, 2022 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | June 7, 2022 |
| Counsel's written objection to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | May 31, 2022 |

// // //

// // //

// // //

Please let us know if you need any additional information.

        Respectfully submitted,

        /s/ *William J. Portanova*
        William J. Portanova

        Attorney for Defendant
        Paulette Carpoff