WILLIAM J. PORTANOVA, State Bar No. 106193
Portanova & Associates
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900
Fax: (916) 444-7998
Wjp@Portanova.com

Attorney for Defendant
PAULETTE CARPOFF

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:20-cr-00018 JAM |
|---|---|
| Plaintiff, | **DEFENDANT'S SENTENCING MEMORANDUM** |
| v. | |
| PAULETTE CARPOFF, | |
| Defendant. | |

Defendant PAULETTE CARPOFF respectfully submits this matter on the Presentence Investigation and Report and Government pleadings. Mrs. Carpoff urges the Court to sentence her in accordance with the Government's recommendation.

In addition, the defense submits the attached letters for the Court's consideration.

DATED: June 27, 2022          Respectfully submitted,

                              */s/ William J. Portanova*
                              WILLIAM J. PORTANOVA
                              Attorney for Defendant
                              PAULETTE CARPOFF

1

Lauren Carpoff

Dear Judge,

My name is Lauren Carpoff. I am the proud daughter of Paulette Carpoff. I have been nothing but blessed for twenty-five years being able to call my mom my mother. She is the most loving, caring, thoughtful, strong, and the most admirable woman I know. She has been the most important person in my life and always will be. She has taught me everything I know on how to be the best version of myself and how to navigate this world. She also has taught me how to love and care for people in the way that makes a difference in someone's life. I couldn't be any luckier to be able to call her my best friend. Every day all I can ever do is to make her feel half the way she makes me feel and all I ever want to do is make her proud to call me her daughter.

My mom is someone who would take her own shirt off her back to give it to someone who is in need. She will always be an open ear for anyone who needs someone to listen to. She does not judge a single person for who they are or what they want to do in their life. If she can be the one that has an opportunity to help someone and make their day a little brighter, she will be the first to do so. She values her family more than anything. She will do anything and everything she can to make sure we all know how much she loves all of us. No matter what any of our faults are it will never make her change the way she sees us. Her life has been nothing but to do all that she can to make sure her family is taken care of. She has had to put herself aside since she was young and had to step in and be a parent figure to her brothers when her parents couldn't be the ones they needed. She raised my uncles and had to mature at an age most children should never have to go through. She continues to be the one to lean on to this very day. She not only has to a parent to my brother and I, but to her own parents as well. Her whole life she only has had herself to completely rely on and for that I admire the strength she has.

These last couple of years of going through this criminal case has been nothing but overcoming extreme challenges every day. It has been nothing but rough on our family and especially her. I have always seen her as such a strong person but in December 2018 everything she is and knew shifted. It has brought on her some of the hardest days she has ever had to go through. Her strengths have weakened and has made her take so many new things into perspective. She is completely aware of what mistakes she has made and if she could do it all over again to not make those mistakes again she would. She takes accountability for the wrongs she has made and suffers through them every day. She has been humbled by what her actions had brought her.

Even through all of the hard days she goes through she still wants to be a better citizen in this world. She still wants to make changes for the better and do what she can to make this world a better one to live in. If she can make an impact for the better, she is the one that wants to do it. If she can have another chance to do things again and to fully be the person she can be I can assure you that she will make sure she never puts herself or her family is this position again. It is not a spot she ever wanted to be and never will find herself again.

If you can truly see who she is and what type of person she is, you would see how she should have another opportunity to right her wrongs. This society is a better one when she is in

it. She makes so many differences in people life for only the best. She is such a necessity in so many people's life. Her family needs her. She is the glue that hold us all together and without being able to have her around will cause so many of us fall apart.

    I already have had to adapt to a life without having my dad around. It's a struggle everyday not having one of my parents around but knowing there is a chance my mom will also be away from me tears me apart. I need her more than anyone in my life and I am not the only one that feels that way.

    I will always love her more than anything in this world and will always make sure she knows that. I will be sure that I am always there for her a support her in any way I possibly can. She has great potential to make an impact in the world for the better and if she can have the opportunity to do so she will. I know she will be able persevere through this chapter of her life and learn how to be a better version of herself for our society.

    I hope you can take this letter and see a glimpse of what a beautiful person my mother is. I hope you can understand that she has made mistakes that she acknowledges and has learned so much from them. If she could have a second chance to do right I hope you can find it to let her. Thank you for taking the time to read this and hearing from me what my mom is to me and others.

    Sincerely,
    Lauren Carpoff

Matthew Carpoff
3140 Saint Rose Pkwy Unit 1060
Henderson, NV 89052


March 26, 2022

Character letter in regards to Paulette Carpoff

To the Honorable Judge Mendez,

I'm writing this letter on behalf of Paulette Carpoff. I have known Paulette since I was born as she is my mother, as long as I can remember my mother has always been a really polite and caring woman. She has always been a structured person and always has taught my sister and I about being respectful and polite. Throughout my life she has always taken people in with open arms including friends, people in need of someone to talk to, etc.

During this investigation she has been very disciplined to the rules the probation office has put forth. Due to these rules my mother has not left the house very often and decides to stay home on most days to keep to herself and not cause any problems that will further get her in trouble. She has picked up the hobby of fish keeping to occupy her time as she never leaves the house, also the house stays immaculate due to her having time to keep the house clean since she is here for days on end without leaving. She has followed her curfew of 10PM very tightly and has not breached the trust one single time.

After my mother finishes her time that she gets she will enter back into society as a woman who will continue to work hard and do what she can to make up for the time she has lost. At this time it has been hard for her to get into a job due to the situation at hand. During her time spent she plans on going back to school and getting a college degree to further advance her knowledge, she is aiming for a masters or doctorate degree. She will continue to push herself to better herself and work hard during the process. I would like to ask the courts to consider a lesser sentence due her academic goals plus to continue taking care of the family due to my grandparents as they are getting older and help my sister and I at hard times due to my father having a long sentence. However, my wife and I have a 5 year old and trying for another baby and it would be nice to have "Grammy" a part of our kids' lives as they continue to grow.

As this investigation has gone through its course of time my mother has never once stopped loving or supporting my sister and I, even during her hardest days she has been able to pull through and be able to comfort us when we are down. No matter what time of day she has always been a call away or a 15 minute drive for me to see her, it has been a great feeling having such a strong woman here for me when needed.

Throughout this time my mother has taken in my little cousin and his girlfriend when he was struggling at his home. During this time she let them move into her home and helped structure

the both of them into being more independent young adults and have goals set to work towards. A year later after taking them in my cousin has moved back to his home and started a company of his own and his girlfriend has become a professional photographer/ model. All due to the structure and love my mom has given the at their lowest points in life.

                                          Sincerely,
                                          Matthew Carpoff

Honorable Judge Mendez

I am writing to today in hopes you will read this letter and how I perceive Paulette. We met in September 1988 and was instantly attracted to her. She was 14 and more mature than any  other girl I had ever dated. She was living at her grandmothers house taking care of her two younger brothers while trying to manage her parents as they were going through some hard times of their own. Grandma had some health issues of her own and had moved out of her own house. Paulette was pretty much living alone taking care of her brothers and still going to school everyday. To the outside world you would never know there was any issue at home as she would show up to school put together and with a smile. I thought I knew what love was but not even close until how I seen how she loved her family and would do anything to take care of them. Through the years she has continued to grow as a individual and as a beautiful person. She is the only person I know to never even have a parking ticket let alone anything else that may be below her.

Paulette as a mother is something that every mother in America should take lessons from. The two wonderful children she has raised along with most of their friends are also wonderful people and because of the love and compassion she has shown. Paulette until the kids graduated high school demanded that they be home for dinner each school night. She would cook each night as take out is not something she will accept very often. As the kids got older the friends would also join us as they found the cooking was better than most of their own homes. Paulette would do things like this and still manage to work 80 hour weeks along with keeping the house clean and laundry done as there has been many of house keepers that have tried to do the job but couldn't keep up with her. from my point of view she shows still to this day that she loves these kids with every ounce of soul and continues to take care of them on a daily basis as it gives her complete happiness.

Paulette as a daughter and sister has been something to watch over the past 33 years as she has kept her family together and has been the parent to her parents still to this day. Even though she is going through the toughest times of her life she still does everything to help her parents. She schedules appointments, cleans her dads house and orders all his groceries along with managing his medications. Paulette takes care of her mother as a mother would take care of a teenage daughter as mom has her own set of issues and doesn't understand most things in this big world she lives in today. I am not sure how both of her parents will do without her as they have been so dependent on her since the late 80s. Paulette has been the rock for both of her brothers to lean on anytime they have needed help or advice for all these years. Not only has she taken care of her brothers but has also been a parent to the kids they have had. The nephews consider her like a mom to them and show her nothing but love and respect as they know how important she has been to lives they have lived. They are all so very lucky to have had her up to this point as her goals are always to make all of the days better.

Paulette as a wife. Simply put I don't deserve her. she has been the most loving person I have ever known and only hope that we can live through these years to be together again. She has taught me so many things I cant possibly write them all down. I know that she has deep regret

for this position she is in and would never intentionally hurt anybody. Paulette has been the most caring and nurturing wife a guy could ever ask for. She has made it her life mission to be the best wife and mother she could possibly be. I know the things we have done were wrong but please take into consideration the wonderful person she is and has been. Paulette has given her whole life to me and the family never not once putting herself first. Paulette has only shown selfless acts of kindness and doesn't deserve the position I have put her in. As she has gotten older she has medical conditions and I worry about and the care that she might need in the future. I pray to god hoping that she will be strong enough to endure the punishment you will give her. She is a good person and like everything she has done in her live she will learn from these mistakes. I know in my heart that she will be a positive influence to the other ladies that are inmates where she will go and that they will become better people because of her. I know that she can continue to bring comfort and compassion to strangers she will meet soon as that is just the person she is. I am the luckiest man alive to have her as my wife and as my best friend. There is nothing I wouldn't do to rewind this all so that she wouldn't go a day in this mess.

I can write on for days about all the wonderful things but unfortunately you won't have the time to read it right now. thank you for your valuable time and consideration as she is a wonderful person that made some bad decisions.

Thank you for your time

Sincerely

Jeff Carpoff
78910-097

Sent from my iPhone

Megan Carpoff

3140 Saint Rose Pkwy Unit 1060

Henderson, NV 89052

June 25,2022

I have known Paulette Carpoff for a year and a half. I am married to her son Matthew Carpoff. Since meeting Matthew I was welcomed into their family with open arms. Paulette has always shown me kindness and respect. She soon became an important woman in my life. Paulette has become a mother role to me. I aspire to have the kind of relationship with my children that she has with her children. She's been a shoulder to cry on and a hand to hold. She is a loving mother, wife, Grammy, friend and daughter.

I had no idea who the Carpoff family was before March of 2021. When I started dating her son, he had told me about the case. I did my own research as well when I wasn't with him just trying to get an understanding of the case and this family that I was getting involved in. I understood right away that this was a large case and had affected a lot of people. Paulette has been incredibly open and honest about it. Whenever I had a question, she gave me the truth. She understands her part in all of it and feels remorse about it.

I ask that when considering her sentence that you will have mercy, not for Paulette but for her family. Her parents are getting older, her children are growing up and starting to cross huge milestones in life. Daily I see firsthand how this affects her children. Even on her hardest days she is right there for her children and myself. I ask that you keep her grandchildren in mind. My son loves to be around Grammy. Paulette is the heart of this family. She is the one who keeps all of us together.

Sincerely,

Megan Carpoff

To who it may concern :

I met Paulette about 17 years ago thru her brother, Lance. I was a newly single mama , quiet, shy and reserved trying to  figure out how to navigate this scary world all alone as I had no family in the CA area. I immediately connected with Paulette and she welcomed me into her family . The next 17 years of our life were shared together as family. There have been many ups and downs between her and I but we have always reconciled. Mainly because there are no perfect people  in this world and if her and I were to hold true to that false stipulation of perfect people  , we could quite possibly  never talk again. Even when Paulette and I were not on speaking terms at times  , I knew she would always be there for me. Because that is her character . She loves deep and there's nothing anyone can ever do to make her stop loving you once she does. There's truly no words to place on that kind of dedication , it simply is one of forever. The last couple of years have thrown some deep wrenches our way and with full transparency, there were some days I hated her , but I never, ever stopped loving her.  And I know she never stopped loving me . Because we both resonate with family is forever.  For as many poor choices as she might have made , I can physically account to to the many more positive ones she made . I witnessed the impact she did make at times .

I have watched this whole case unfold with Paulette. I have seen her at some of her darkest times I feel . I have heard people say horrendous things and watch her be verbally  demoralized by our peers. I have personally watched her also accept responsibility for her actions and see her trying to become a better person as a whole . I have watched a very strong woman be broken down in the darkest ways . And all I can hear at night is I never wanted it to be this way. Again , with full transparency, I honestly don't think it's what she ever intended.  Regardless, I've watched her intermittently try to fix things( as we battle a private family feud as well )and still just " live". The fact that she is always always asking " was that mindful" is a beautiful thing to watch.  Accountability is everything , if she wasn't taking it - I wouldn't be writing this letter .

I did  struggle a minute writing this letter because I know there is a  series of how the wording should go . I've always prided myself on being genuine . I'd give my soul away away before I said something that wasn't true.  So , excuse me if I steer away from a typical "  letter". But I truly just want to enlighten what this woman brought to my life ;

She taught me how to live. And love.  When they had absolutely nothing , she reminded me we had each other .It was a pretty sweet life back then . I , very presently watched her be on top of the world,  with the minimalist things .

I don't think I have any place to choose where judgement should go.  She is her childrens salvation. She is the only immediate family they have available. Paulette certainly deserves time to share for her bad choices, however I plead for you not to have mercy on her , but her immediate family, children ,  and future grandchildren that very much will need her.  This debacle  has caused such a stir throughout our family, so much so that that her children no longer have access to their immediate family.

Even  though her  and I might never ever connect the way we did some 17 years ago , I

genuinely worry about her children and the support they might not ever get . If I could ask anything of you ,it would be to recognize the wrong she has done  but please acknowledge the mother, friend , sister in law she has been . We support discipline for what she did . But we beg of you ,please don't punish the people that love and need her.

Priscilla Amato

Kyle Savio
30 Pebble Dunes Ct.
Las Vegas NV 89141

May 10th, 2022

Re: Paulette Carpoff

To: The Sentencing Judge Mendez


I've known Paulette Carpoff for a little over four years. Paulette and I met when her daughter and I became friends. In the past two years I have become a lot closer with Paulette since her daughter and I started dating.

I am aware of her current criminal case and also know that she acknowledges her wrong doings as well as deeply regretting them. I was surprised to hear about her criminal case because since I have known her she has always been a woman of high integrity and honor. Despite the criminal case against her I know how honorable of a person she is because of our close relationship over the last couple years. The criminal case against her represents a mistake she made in her life, which she tremendously regrets, however it does not represent who she is as a human. Paulette has welcomed me into her family with open arms since the day I became a part of her family, she has always treated me with love and respect. To me she has always represented a strong charismatic woman, with the utmost integrity. I have always known her as a kind and loving woman. I have witnessed first hand Paulette going above and beyond as a; wife, mom, mother-in law, aunt, and friend.

These past couple years have been hard on her but she still keeps a positive attitude and tries her hardest to keep her family happy with the stress of the criminal case going on. I know Paulette deeply regrets her actions and wishes for a second chance so she can have a normal life focused on family,  happiness, and being a productive member of society.

I hope the court takes my letter into consideration when deciding sentencing. Despite her current case I still believe Paulette Carpoff is an honorable woman, a devoted wife, and a selfless mother to her kids.

Sincerely,
Kyle Savio