PHILLIP A. TALBERT
United States Attorney
CHRISTOPHER S. HALES
KEVIN C. KHASIGIAN
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>PAULETTE CARPOFF,<br>Defendant. | 2:20-CR-00018 JAM<br><br>STIPULATION AND ORDER RE PAULETTE CARPOFF'S FORFEITED 31.25% OWNERSHIP IN LITV ENTERTAINMENT GROUP LLC AND 49.02% INTEREST IN YOUNTVILLE LIVE INC. |
| ROBERTA HACH-JACOBS,<br>Interested Party. | |

This stipulation is entered into between the United States of America and Roberta Hach-Jacobs as to Paulette Carpoff's 31.25% interest in LITV Entertainment Group LLC and 49.02% interest in Yountville Live Inc., which were forfeited from defendant Paulette Carpoff based on her convictions in this case, according to the following terms:

1. This is a criminal action against defendant Paulette Carpoff and others based on the investment fraud perpetrated through DC Solar. On January 24, 2020, the defendant pleaded guilty to one count of fraud and one count of money laundering. As part of her plea, defendant Carpoff agreed to forfeit property derived from her crimes, including her interests in LITV Entertainment Group LLC and

Yountville Live Inc.

2. On March 16, 2020, the Court entered a Preliminary Order of Forfeiture as to defendant Carpoff, forfeiting her interests in LITV Entertainment Group LLC and Yountville Live Inc.

3. Roberta Hach-Jacobs is the primary owner of LITV Entertainment Group LLC and Yountville Live Inc.

4. LITV Entertainment Group LLC has an estimated market value of $55,000.[1] A 31.25% minority ownership interest in LITV Entertainment Group LLC has an estimated market value of $17,178.50.

5. Yountville Live Inc. has an estimated market value of $0.[2] A 49.02% minority Ownership interest in Yountville Live Inc. has an estimated market value of $0.

6. The United States does not dispute the values of the companies as set forth above.

7. No other party or entity has filed a petition asserting an interest in either entity, and the time in which any person or entity may file a petition has expired.

8. Counsel for the United States and counsel for Roberta Hach-Jacobs have engaged in discussions regarding the disposition of each company, to include obtaining an independent audit to establish the market value for the Paulette Carpoff's interest in each company. To avoid future uncertainty and to maximize the value of the minority ownership interests, the United States seeks to sell Ms. Hach-Jacobs the fractional ownership forfeited from Paulette Carpoff on the following terms:

a. The United States, by and through a subsequent Final Order of Forfeiture, will convey its clear title in 31.25% of LITV Entertainment Group LLC and 49.02% of Yountville Live Inc. to Roberta Hach-Jacobs, in exchange for sum of $30,000.00. The $30,000.00 shall be paid by Ms. Hach-Jacobs within ten days from entry of the Final Order of Forfeiture.

9. The payment by Roberta Hach-Jacobs described in Paragraph Eight above shall be in full settlement and satisfaction of any and all claims by the United States to LITV Entertainment Group LLC and Yountville Live Inc.

---

[1] See Market Valuation of LITV Entertainment Group LLC by Dr. Ronald J. Rizzuto, Finance Professor at the University of Denver, attached as Exhibit A.

[2] See Market Valuation of Yountville Live Inc. by Dr. Ronald J. Rizzuto, Finance Professor at the University of Denver, attached as Exhibit B.

10. The parties agree to execute further documents, to the extent necessary, to further implement the terms of this settlement.

11. All parties to this stipulation hereby release plaintiff United States of America and its servants, agents, and employees and all other public entities, their servants, agents, and employees, from any and all liability arising out of or in any way connected with the forfeiture of LITV Entertainment Group LLC and Yountville Live Inc., as described herein. This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said forfeiture or sale, as well as to those now known or disclosed. The parties to this agreement agree to waive the provisions of California Civil Code § 1542, which provides:

> A general release does not extend to claims which the creditor or releasing party does not know or suspect to exist in his or her favor at the time of executing the release and that, if known by him or her, would have materially affected his or her settlement with the debtor or released party.

12. All parties are to bear their own costs and attorneys' fees, if any.

Dated: June 28, 2022

PHILLIP A. TALBERT
United States Attorney

/s/ Kevin C. Khasigian
CHRISTOPHER HALES
KEVIN C. KHASIGIAN
Assistant U.S. Attorneys

Dated: June 28, 2022

/s/ Theodore J. Hartl
THEODORE J. HARTL
Attorney for Roberta Hach-Jacobs
(Signature retained by attorney)

**ORDER**

IT IS SO ORDERED.

Dated:__________

______________________
JOHN A. MENDEZ
United States District Judge

# EXHIBIT A

# Valuation of LITV Entertainment Group and Yountville Live Inc.

**For**

**Bobbii Hach Jacobs**

**By**

**Dr. Ronald J. Rizzuto**

**Professor of Finance**

**University of Denver**

**February 27, 2022**

**Table of Contents**


| Content | Page Number |
|---|---|
| Executive Summary | 3 |
| Valuation Calculations | 3 |
| Valuation Recommendation | 8 |
| Exhibit 1 LITV Entertainment Group Revenues and Profits as Reported on LITV Entertainment Group's Partnership Tax Returns and the Financial Statements for LITV | 9 |
| Exhibit 2 LITV Entertainment Group Balance Sheets as Reported on LITV Entertainment Group's Partnership Tax Returns and the Financial Statements for LITV | 9 |
| Exhibit 3 Yountville Live Inc. Revenues and Profits as Reported on Yountville Live Inc. Corporate Tax Return and the Financial Statements for Yountville Live | 10 |
| Exhibit 4 Yountville Live Inc. Revenues and Profits as Reported on Yountville Live Inc. Corporate Tax Return and the Financial Statements for Yountville Live | 10 |
| Exhibit 5 Sales Transactions of Comparable Firms in NAICS (North American Industry Classification System) six-digit industry code711320 | 11 |

**Executive Summary**

The primary objective of this report is to present to Bobbii Hach-Jacobs a valuation of the equity interests in LITV Entertainment Group and Yountville Live Inc. The interests previously owned by Paulette Carpoff – 31.25% of the equity of the LITV Entertainment Group and 49.02% of the equity of Yountville Live Inc. – are now owned by the United States Government pursuant to certain turnover and forfeiture orders entered by the United States District Court for the Centrial District of California. Ms. Hach-Jacobs owns the remaining equity interests.

LITV is a live music and wine events business that was founded by Ms. Hach-Jacobs. LITV produced live music and wine tasting events in Napa, California, branded under names such as Live in the Vineyard and Live in the Vineyard Goes Country. Yountville is a music and events company that produced food and music festivals in Yountville, California, including A Taste of Yountville.

Ms. Hach-Jacobs' original partner in both of these businesses was Claire Parr, who sold and transferred her interests to Paulette Carpoff. Ms. Carpoff owned 31.25% of LITV Entertainment Group and 49.02% of Yountville Live. The purpose of this valuation is to assess the fair value of Ms. Carpoff's equity interests in these two entities (31.25% of LITV Entertainment Group and 49.02% of Yountville Live).

**Valuation Process**

In valuing the equity interests, I first valued the LITV and the Yountville Entities. I then applied the Carpoff ownership percentages to the respective ownership of each entity. I then added the two equity ownership values to arrive at the overall estimated fair value of the Carpoff interests in these two entities.

For each entity I used two valuation methods: 1) Earnings Approach; and 2) Liquidation Approach. I also tried to use a Market Comparable Approach, however, none of the comparable transactions were of recent vintage or of comparable size (See listing of Comparable transactions in Exhibit 5 of the Appendix)[1].

The historical financials for the LITV Entertainment Group are presented in Exhibits 1 and 2 below. The historical financials for Yountville Live Inc. are presented in Exhibits 3 and 4 below.[2]

---

[1] The Market Comparable approach utilizes the actual transaction values of company sales in the NAICS (North American Industry Classification System) six-digit industry code711320—Promoters of Performing Arts, Sports and Similar Events without Facilities.

[2] The tax returns for LITV Entertainment Group and Yountville Live Inc. for 2017-2020 were the primary sources for the financial information for these two entities. Financial information from the each company's Quick Book ledger for 2021 was used to update the financials for 2021 performance.

Table 1 below summarizes the valuation of LITV using the two valuation methods. Table 2 summarizes the valuation of Yountville Live Inc. using these two valuation methods.

In Table 1, the two valuations for LITV are as follows:

Earnings Approach = 0
Liquidation Approach = $55,000

The Earnings approach yields a value of zero because the average free cash flow for the 2017-2021 period has been -$201,165. Negative free cash flow underscores the fact that LITV does not have the ability to generate earnings and is not a 'going concern'.

The Liquidation value just accounts for the value of the assets less any outstanding liabilities. At the end of September 2021, LITV's liquidation value was $55,000. The $55,000 value is based on the agreement the Amendment of the License Agreement between LITV/Yountville and FFN Events dated January 1, 2021. In this agreement, FFN agreed to pay $10,000 for the Assets of LITV/Yountville as well as $100,000 for the unpaid license fees for 2020. Since the assets are jointly owned by LITV/Yountville, I split the $110,000 on 50/50% basis.

Utilizing the Liquidation Value of LITV yields a company value of $55,000. Given the Paulette Carpoff Estate owns 31.25% of LITV, the value of this asset to the estate is $17,187.50.

| | | Valuation for LITV | | | |
|---|---|---|---|---|---|
| | | Table 1 | | | |
| **Earnings Valuation LITV** | | | | | |
| | | | | | **30-Sep** |
| | **2017** | **2018** | **2019** | **2020** | **2021** |
| Net Income | -23,920 | -474,062 | -35,853 | 0 | 0 |
| Depreciation | 413 | 2335 | 0 | 0 | 0 |
| Change in Working Capital | 134,206 | 103,231 | 258,064 | 0 | 0 |
| Free Cash Flow | -157,713 | -574,958 | -293,917 | 0 | 0 |
| | | | | | |
| Current Assets | 15,290 | 512,045 | 67,429 | 0 | 0 |
| Currnt Liabilities | 149,496 | 615,276 | 325,493 | 0 | 0 |
| Working Capital | -134,206 | -103,231 | -258,064 | 0 | 0 |
| | | | | | |
| **Average Free Cash Flow** | **-205,318** | | | | |
| **Earnings Valuation** | | **0** | | | |
| | | | | | |
| | **30-Sep** | | | | |
| **Liquidation Value LITV** | **2021** | | | | |
| | **Book Value** | **Market Value** | | | |
| Checking/Savings | 0 | | | | |
| Other Current Assets | 0 | | | | |
| Other Investments | 0 | | | | |
| Building & Depreciable Assets | 15,347 | | | | |
| Accumulated Depreciation | 2,748 | | | | |
| Net PPE | 12,599 | | | | |
| Intangible Assets | 2,750,000 | 55,000 | | | |
| Other Assets** | 8,667 | | | | |
| **Total Assets** | 2,771,266 | 55,000 | | | |
| ** Rent Deposit In 2020 and 2021 | | | | | |
| | | | | | |
| Liabilities & Equity | | | | | |
| Other Current Liabilities | 0 | | | | |
| Loans from Partners | 0 | 0 | | | |
| Reclassified as Partners Capital | 400,000 | | | | |
| Partners Capital | 2,925,844 | | | | |
| Retained Earnings | -554,278 | | | | |
| **Total Liabilities & Equity** | 2,371,566 | | | | |
| | | | | | |
| **Liquidation Value** | | **55,000** | | | |

**Valuation Recommendation**

As noted above, my valuation of the Paulette Carpoff interests – a 31.25% ownership of LITV – is $17,187.50. My valuation of the Paulette Carpoff interests – a 49.02% ownership of Yountville Live Inc. – is 0. The combined value of these two investments is $17,178.50.

**Exhibit 1**

**Live Entertainment Group**
**Revenues and Profits ***

| | 2017 | 2018 | 2019 | 2020 | 30-Sep 2021 |
|---|---|---|---|---|---|
| **Income Statement** | | | | | |
| **Revenue** | 53,362 | 1,616,197 | 0 | 0 | 0 |
| Cost of Goods Sold | 0 | 1,122,935 | | 0 | 0 |
| Gross Profit | 53,362 | 493,262 | | 0 | 0 |
| Income from Other Partnerships | 77,282 | 313,360 | | 0 | 0 |
| Net Ordinary Income | -23,920 | 806,622 | -15,663 | 0 | 0 |
| Other Income | | | 840 | 0 | 0 |
| Total Deductions | 0 | 1,280,684 | 21,030 | 0 | 0 |
| **Net Income** | -23,920 | -474,062 | -35,853 | 0 | 0 |

**Exhibit 2**

**Live Entertainment Group**
**Balance Sheet**

| | 2017 | 2018 | 2019 | 2020 | 30-Sep 2021 |
|---|---|---|---|---|---|
| **Assets:** | | | | | |
| Checking/Savings | 1,338,686 | 170,737 | 0 | 0 | 0 |
| Other Current Assets | 15,290 | 512,045 | 67,429 | 0 | 0 |
| Other Investments | 0 | 0 | 289,813 | 0 | 0 |
| Building & Depreciable Assets | 15,347 | 15,347 | 15,347 | 15,347 | 15,347 |
| Accumulated Depreciation | 413 | 2,748 | 2,748 | 2,748 | 2,748 |
| Net PPE | 14,934 | 12,599 | 12,599 | 12,599 | 12,599 |
| Intangible Assets | 2,750,000 | 2,750,000 | 2,750,000 | 2,750,000 | 2,750,000 |
| Other Assets** | 406,667 | 406,667 | 406,667 | 8,667 | 8,667 |
| **Total Assets** | 4,525,577 | 3,852,048 | 3,526,508 | 2,771,266 | 2,771,266 |
| ** Rent Deposit In 2020 and 2021 | | | | | |
| | | | | | |
| Liabilities & Equity | | | | | |
| Other Current Liabilities | 149,496 | 615,276 | 325,493 | 0 | 0 |
| Loans from Partners | 400,000 | 400,000 | 400,000 | 400,000 | 400,000 |
| Partners Capital | 3,976,081 | 3,325,924 | 2,801,015 | 2,371,266 | 2,925,844 |
| Retained Earnings | | -489,153 | 0 | 0 | -554,578 |
| **Total Liabilities & Equity** | 4,525,577 | 3,852,047 | 3,526,508 | 2,771,266 | 2,771,266 |

| **Exhibitt 5** | | | | **Comparables** | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | **Operating** | | | **MVIC** | **MVIC/** | **MVIC** | **MVIC/** |
| **Date** | **Description** | **Net Sales** | **Profit** | **EBITDA** | **SDE** | **Price** | **Sales** | **Dis Earnings** | **EBITDA** |
| 12/31/1996 | Promotion | 10,975,880 | 314,793 | | | 4620004 | 0.42 | | |
| | of Live | | | | | | | | |
| | Theretical Events | | | | | | | | |
| 11/18/2013 | Coordinator for | 1433350 | 106805 | 162690 | 367690 | 2500000 | 1.74 | 6.8 | 15.4 |
| | Triathalons and | | | | | | | | |
| | Half Marathons | | | | | | | | |
| 12/1/2020 | Marathon Race | 305000 | 23320 | 0 | 40000 | 230000 | 0.75 | 5.8 | |
| | Management | | | | | | | | |
| 11/12/2015 | Organizes and | | | | | | | | |
| | Conducts Digital | | | | | | | | |
| | Festivals | 8777873 | 85160 | 153032 | | 28098400 | 3.2 | | 183.6 |
| 3/4/1998 | Promoter of | | | | | | | | |
| | Musical Events | 14797000 | 2198000 | 2277000 | 3206000 | 16900000 | 1.14 | 0.53 | 7.4 |
| 2/24/1998 | Promoter, Manager | | | | | | | | |
| | Live Entertainment | 105553000 | 7896000 | 8923000 | | 80300000 | 0.76 | | 9 |
| 1/1/1997 | Promoter Musical | | | | | | | | |
| | Events | 50361556 | -1071660 | -325155 | 6063092 | 26600000 | 0.53 | 0.44 | |
| 12/21/2021 | E-sports Event Mgt | 1255507 | -193443 | -143340 | | 5334033 | 4.25 | | |
| 8/24/2005 | Promotional Marketing Agency | $730,271 | $32,960 | $52,274 | | $125,000 | 0.17 | | 2.4 |
| 6/30/2003 | Booking Agency for Christian | $2,359,622 | ($870,226) | ($859,681) | | $518,000 | 0.22 | | |
| | Speakers and Artists | | | | | | | | |
| 8/31/2000 | Summer Rock Concert Series | $6,796,000 | $1,212,000 | | | $7,500,000 | 1.1 | | |
| 6/21/2010 | Promotes Fantasy Sports League Events | $121,642 | ($238,272) | ($238,124) | | $800,000 | 6.58 | | |
| 9/12/2007 | Promotes Mixed Martial Arts Events | $1,820,382 | ($1,150,681) | | | $8,500,000 | 4.67 | | |
| 9/11/2007 | Promoter of Mixed Martial Arts Fighting | $1,470,756 | $275,738 | | | $4,999,997 | 3.4 | | |

# EXHIBIT B

# Valuation of LITV Entertainment Group and Yountville Live Inc.

**For**

**Bobbii Hach Jacobs**

**By**

**Dr. Ronald J. Rizzuto**

**Professor of Finance**

**University of Denver**

**February 27, 2022**

**Table of Contents**


| Content | Page Number |
| --- | --- |
| Executive Summary | 3 |
| Valuation Calculations | 3 |
| Valuation Recommendation | 8 |
| Exhibit 1 LITV Entertainment Group Revenues and Profits as Reported on LITV Entertainment Group's Partnership Tax Returns and the Financial Statements for LITV | 9 |
| Exhibit 2 LITV Entertainment Group Balance Sheets as Reported on LITV Entertainment Group's Partnership Tax Returns and the Financial Statements for LITV | 9 |
| Exhibit 3 Yountville Live Inc. Revenues and Profits as Reported on Yountville Live Inc. Corporate Tax Return and the Financial Statements for Yountville Live | 10 |
| Exhibit 4 Yountville Live Inc. Revenues and Profits as Reported on Yountville Live Inc. Corporate Tax Return and the Financial Statements for Yountville Live | 10 |
| Exhibit 5 Sales Transactions of Comparable Firms in NAICS (North American Industry Classification System) six-digit industry code711320 | 11 |

## Executive Summary

The primary objective of this report is to present to Bobbii Hach-Jacobs a valuation of the equity interests in LITV Entertainment Group and Yountville Live Inc. The interests previously owned by Paulette Carpoff – 31.25% of the equity of the LITV Entertainment Group and 49.02% of the equity of Yountville Live Inc. – are now owned by the United States Government pursuant to certain turnover and forfeiture orders entered by the United States District Court for the Centrial District of California. Ms. Hach-Jacobs owns the remaining equity interests.

LITV is a live music and wine events business that was founded by Ms. Hach-Jacobs. LITV produced live music and wine tasting events in Napa, California, branded under names such as Live in the Vineyard and Live in the Vineyard Goes Country. Yountville is a music and events company that produced food and music festivals in Yountville, California, including A Taste of Yountville.

Ms. Hach-Jacobs' original partner in both of these businesses was Claire Parr, who sold and transferred her interests to Paulette Carpoff. Ms. Carpoff owned 31.25% of LITV Entertainment Group and 49.02% of Yountville Live. The purpose of this valuation is to assess the fair value of Ms. Carpoff's equity interests in these two entities (31.25% of LITV Entertainment Group and 49.02% of Yountville Live).

## Valuation Process

In valuing the equity interests, I first valued the LITV and the Yountville Entities. I then applied the Carpoff ownership percentages to the respective ownership of each entity. I then added the two equity ownership values to arrive at the overall estimated fair value of the Carpoff interests in these two entities.

For each entity I used two valuation methods: 1) Earnings Approach; and 2) Liquidation Approach. I also tried to use a Market Comparable Approach, however, none of the comparable transactions were of recent vintage or of comparable size (See listing of Comparable transactions in Exhibit 5 of the Appendix)[1].

The historical financials for the LITV Entertainment Group are presented in Exhibits 1 and 2 below. The historical financials for Yountville Live Inc. are presented in Exhibits 3 and 4 below.[2]

[1] The Market Comparable approach utilizes the actual transaction values of company sales in the NAICS (North American Industry Classification System) six-digit industry code711320—Promoters of Performing Arts, Sports and Similar Events without Facilities.

[2] The tax returns for LITV Entertainment Group and Yountville Live Inc. for 2017-2020 were the primary sources for the financial information for these two entities. Financial information from the each company's Quick Book ledger for 2021 was used to update the financials for 2021 performance.

Table 1 below summarizes the valuation of LITV using the two valuation methods. Table 2 summarizes the valuation of Yountville Live Inc. using these two valuation methods.

In Table 1, the two valuations for LITV are as follows:

Earnings Approach = 0
Liquidation Approach = $55,000

The Earnings approach yields a value of zero because the average free cash flow for the 2017-2021 period has been -$201,165. Negative free cash flow underscores the fact that LITV does not have the ability to generate earnings and is not a 'going concern'.

The Liquidation value just accounts for the value of the assets less any outstanding liabilities. At the end of September 2021, LITV's liquidation value was $55,000. The $55,000 value is based on the agreement the Amendment of the License Agreement between LITV/Yountville and FFN Events dated January 1, 2021. In this agreement, FFN agreed to pay $10,000 for the Assets of LITV/Yountville as well as $100,000 for the unpaid license fees for 2020. Since the assets are jointly owned by LITV/Yountville, I split the $110,000 on 50/50% basis.

Utilizing the Liquidation Value of LITV yields a company value of $55,000. Given the Paulette Carpoff Estate owns 31.25% of LITV, the value of this asset to the estate is $17,187.50.

| | | **Valuation for Yountville** | | | |
|---|---|---|---|---|---|
| | | | **Table 2** | | |
| **Earnings Valuation LITV** | | | | | |
| | | | | | **30-Sep** |
| | **2017** | **2018** | **2019** | **2020** | **2021** |
| Net Income | -1,108,596 | 196,854 | -2,713 | 0 | 0 |
| Depreciation | 0 | 0 | 0 | 0 | 0 |
| Change in Working Capital | -569,360 | -112,115 | -3,125 | -384,103 | 0 |
| Free Cash Flow | -1,677,956 | 84,739 | -5,838 | -384,103 | 0 |
| | | | | | |
| Current Assets | 62,408 | 1,348,042 | 405,098 | 0 | 0 |
| Currnt Liabilities | 631,768 | 2,029,517 | 1,089,698 | 1,068,703 | 1,068,703 |
| Working Capital | -569,360 | -681,475 | -684,600 | -1,068,703 | -1,068,703 |
| | | | | | |
| **Average Free Cash Flow** | -396,632 | | | | |
| **Earnings Valuation** | | **0** | | | |
| | | | | | |
| | **30-Sep** | | | | |
| **Liquidation Value LITV** | **2021** | | | | |
| | **Book Value** | **Market Value** | | | |
| Cash | 0 | | | | |
| Other Current Assets | 0 | | | | |
| Intangible Assets | 100,000 | | | | |
| Accumulated Amortization | 60,000 | | | | |
| Net Intangible Assets | 40,000 | 55,000 | | | |
| Other Assets | | | | | |
| Total Assets | 40,000 | 55,000 | | | |
| | | | | | |
| Liabilities & Equity: | | | | | |
| Other Current Liabilities | 1,068,703 | 1,068,703 | | | |
| Other Liabilities | 420,423 | 0 | | | |
| Partners Capital | 15,098 | | | | |
| Paidin Capital | 50,000 | | | | |
| Retained Earnings | -1,514,224 | | | | |
| Total Liabilities & Equity | 40,000 | 1,068,703 | | | |
| | | | | | |
| **Liquidation Value** | | **-1,013,703** | 0 | | |

**Valuation Recommendation**

As noted above, my valuation of the Paulette Carpoff interests – a 31.25% ownership of LITV – is $17,187.50. My valuation of the Paulette Carpoff interests – a 49.02% ownership of Yountville Live Inc. – is 0. The combined value of these two investments is $17,178.50.

| Exhibit 3 | | | | | |
|---|---|---|---|---|---|
| | | Yountville Live Inc. | | | |
| | | Revenues and Profits * | | | |
| | | | | | 30-Sep |
| | 2017 | 2018 | 2019 | 2020 | 2021 |
| **Income Statement** | | | | | |
| Revenue | 602,035 | 196,854 | | 0 | 0 |
| Cost of Goods Sold | | 1,434,353 | 2,299 | 0 | 0 |
| Gross Profit | | -1,237,499 | -2,299 | 0 | 0 |
| G&A Expense | 1,710,631 | 64,346 | 414 | 0 | 0 |
| Net Ordinary Income | -1,108,596 | -1,301,845 | -2,713 | 0 | 0 |
| Other Income | | 1,171,165 | | 0 | 0 |
| Net Income | -1,108,596 | -130,680 | -2,713 | 0 | 0 |

| Exhibit 4 | | | | | |
|---|---|---|---|---|---|
| | | | Yountville Live Inc. | | |
| | | | Income Statement | | |
| | | | | | 30-Sep |
| | 2017 | 2018 | 2019 | 2020 | 2021 |
| **Balance Sheet** | | | | | |
| Assets: | | | | | |
| Cash | 37,096 | 785,729 | 0 | 0 | 0 |
| Other Current Assets | 25,312 | 562,313 | 405,098 | 0 | 0 |
| Intangible Assets | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 |
| Accumulated Amortization | 40,000 | 60,000 | 60,000 | 60,000 | 60,000 |
| Net Intangible Assets | 60,000 | 40,000 | 40,000 | 40,000 | 40,000 |
| Other Assets | 1 | | | | |
| Total Assets | 122,409 | 1,388,042 | 445,098 | 40,000 | 40,000 |
| | | | | | |
| Liabilities & Equity: | | | | | |
| Other Current Liabilities | 631,768 | 2,029,517 | 1,089,698 | 1,068,703 | 1,068,703 |
| Other Liabilities | 1,110,723 | 1,110,723 | 1,110,723 | 420,423 | 420,423 |
| Partners Capital | 15,098 | 15,098 | 15,098 | 15,098 | 15,098 |
| Paidin Capital | | | | 50,000 | 50,000 |
| Retained Earnings | -1,635,180 | -1,767,297 | -1,770,421 | -1,514,224 | -1,514,224 |
| Total Liabilities & Equity | 122,409 | 1,388,041 | 445,098 | 40,000 | 40,000 |

| Exhibitt 5 | | | | Comparables | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | Operating | | | MVIC | MVIC/ | MVIC | MVIC/ |
| Date | Description | Net Sales | Profit | EBITDA | SDE | Price | Sales | Dis Earnings | EBITDA |
| 12/31/1996 | Promotion of Live Theretical Events | 10,975,880 | 314,793 | | | 4620004 | 0.42 | | |
| 11/18/2013 | Coordinator for Triathalons and Half Marathons | 1433350 | 106805 | 162690 | 367690 | 2500000 | 1.74 | 6.8 | 15.4 |
| 12/1/2020 | Marathon Race Management | 305000 | 23320 | 0 | 40000 | 230000 | 0.75 | 5.8 | |
| 11/12/2015 | Organizes and Conducts Digital Festivals | 8777873 | 85160 | 153032 | | 28098400 | 3.2 | | 183.6 |
| 3/4/1998 | Promoter of Musical Events | 14797000 | 2198000 | 2277000 | 3206000 | 16900000 | 1.14 | 0.53 | 7.4 |
| 2/24/1998 | Promoter, Manager Live Entertainment | 105553000 | 7896000 | 8923000 | | 80300000 | 0.76 | | 9 |
| 1/1/1997 | Promoter Musical Events | 50361556 | -1071660 | -325155 | 6063092 | 26600000 | 0.53 | 0.44 | |
| 12/21/2021 | E-sports Event Mgt | 1255507 | -193443 | -143340 | | 5334033 | 4.25 | | |
| 8/24/2005 | Promotional Marketing Agency | $730,271 | $32,960 | $52,274 | | $125,000 | 0.17 | | 2.4 |
| 6/30/2003 | Booking Agency for Christian Speakers and Artists | $2,359,622 | ($870,226) | ($859,681) | | $518,000 | 0.22 | | |
| 8/31/2000 | Summer Rock Concert Series | $6,796,000 | $1,212,000 | | | $7,500,000 | 1.1 | | |
| 6/21/2010 | Promotes Fantasy Sports League Events | $121,642 | ($238,272) | ($238,124) | | $800,000 | 6.58 | | |
| 9/12/2007 | Promotes Mixed Martial Arts Events | $1,820,382 | ($1,150,681) | | | $8,500,000 | 4.67 | | |
| 9/11/2007 | Promoter of Mixed Martial Arts Fighting | $1,470,756 | $275,738 | | | $4,999,997 | 3.4 | | |