PHILLIP A. TALBERT
United States Attorney
CHRISTOPHER S. HALES
KEVIN C. KHASIGIAN
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:20-CR-00018 JAM |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER RE PAULETTE CARPOFF'S FORFEITED 31.25% OWNERSHIP IN LITV ENTERTAINMENT GROUP LLC AND 49.02% INTEREST IN YOUNTVILLE LIVE INC. |
| PAULETTE CARPOFF, | |
| Defendant. | |
| ROBERTA HACH-JACOBS, | |
| Interested Party. | |

This stipulation is entered into between the United States of America and Roberta Hach-Jacobs as to Paulette Carpoff's 31.25% interest in LITV Entertainment Group LLC and 49.02% interest in Yountville Live Inc., which were forfeited from defendant Paulette Carpoff based on her convictions in this case, according to the following terms:

1.     This is a criminal action against defendant Paulette Carpoff and others based on the investment fraud perpetrated through DC Solar.  On January 24, 2020, the defendant pleaded guilty to one count of fraud and one count of money laundering.  As part of her plea, defendant Carpoff agreed to forfeit property derived from her crimes, including her interests in LITV Entertainment Group LLC and

Yountville Live Inc.

2. On March 16, 2020, the Court entered a Preliminary Order of Forfeiture as to defendant Carpoff, forfeiting her interests in LITV Entertainment Group LLC and Yountville Live Inc.

3. Roberta Hach-Jacobs is the primary owner of LITV Entertainment Group LLC and Yountville Live Inc.

4. LITV Entertainment Group LLC has an estimated market value of $55,000.[1]  A 31.25% minority ownership interest in LITV Entertainment Group LLC has an estimated market value of $17,178.50.

5. Yountville Live Inc. has an estimated market value of $0.[2]  A 49.02% minority Ownership interest in Yountville Live Inc. has an estimated market value of $0.

6. The United States does not dispute the values of the companies as set forth above.

7. No other party or entity has filed a petition asserting an interest in either entity, and the time in which any person or entity may file a petition has expired.

8. Counsel for the United States and counsel for Roberta Hach-Jacobs have engaged in discussions regarding the disposition of each company, to include obtaining an independent audit to establish the market value for the Paulette Carpoff's interest in each company.  To avoid future uncertainty and to maximize the value of the minority ownership interests, the United States seeks to sell Ms. Hach-Jacobs the fractional ownership forfeited from Paulette Carpoff on the following terms:

   a. The United States, by and through a subsequent Final Order of Forfeiture, will convey its clear title in 31.25% of LITV Entertainment Group LLC and 49.02% of Yountville Live Inc. to Roberta Hach-Jacobs, in exchange for sum of $30,000.00.  The $30,000.00 shall be paid by Ms. Hach-Jacobs within ten days from entry of the Final Order of Forfeiture.

9. The payment by Roberta Hach-Jacobs described in Paragraph Eight above shall be in full settlement and satisfaction of any and all claims by the United States to LITV Entertainment Group LLC and Yountville Live Inc.

---

[1] See Market Valuation of LITV Entertainment Group LLC by Dr. Ronald J. Rizzuto, Finance Professor at the University of Denver, attached as Exhibit A.

[2] See Market Valuation of Yountville Live Inc. by Dr. Ronald J. Rizzuto, Finance Professor at the University of Denver, attached as Exhibit B.

10. The parties agree to execute further documents, to the extent necessary, to further implement the terms of this settlement.

11. All parties to this stipulation hereby release plaintiff United States of America and its servants, agents, and employees and all other public entities, their servants, agents, and employees, from any and all liability arising out of or in any way connected with the forfeiture of LITV Entertainment Group LLC and Yountville Live Inc., as described herein.  This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said forfeiture or sale, as well as to those now known or disclosed.  The parties to this agreement agree to waive the provisions of California Civil Code § 1542, which provides:

> A general release does not extend to claims which the creditor or releasing party does not know or suspect to exist in his or her favor at the time of executing the release and that, if known by him or her, would have materially affected his or her settlement with the debtor or released party.

12. All parties are to bear their own costs and attorneys' fees, if any.

Dated: June 28, 2022                              PHILLIP A. TALBERT
                                                  United States Attorney


                                                  /s/ Kevin C. Khasigian
                                                  CHRISTOPHER HALES
                                                  KEVIN C. KHASIGIAN
                                                  Assistant U.S. Attorneys


Dated: June 28, 2022                              /s/ Theodore J. Hartl
                                                  THEODORE J. HARTL
                                                  Attorney for Roberta Hach-Jacobs
                                                  (Signature retained by attorney)


**ORDER**

IT IS SO ORDERED.


Dated: July 6, 2022                               /s/ John A. Mendez
                                                  THE HONORABLE JOHN A. MENDEZ
                                                  UNITED STATES DISTRICT COURT JUDGE