PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     v.<br><br>JEFF CARPOFF,<br><br>           Defendant | 2:20-CR-00017-JAM<br><br><br><br>FINAL ORDER OF FORFEITURE<br>REGARDING CERTAIN SEIZED ASSETS |
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     v.<br><br>PAULETTE CARPOFF,<br><br>           Defendant | 2:20-CR-00018-JAM |

On or about March 16, 2020, this Court entered Preliminary Orders of Forfeiture pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), based upon the plea agreements and the stipulation and application for preliminary order of forfeiture entered into between the United States of America and defendants Jeff Carpoff and Paulette Carpoff forfeiting to the United States the following

property:

a. Seagrape Villa 1722 at the Four Seasons Resort Estate Nevis, "1722 Stewart's Estate," Federation of St Kitts-Nevis, West Indies, Lot 12, Clarks/Jessups (Stewarts Estate), Parish of St. Thomas, Island of Nevis;
b. All funds maintained at Deltec Bank and Trust, account number 1001021, held in the name of DC Solar International, Inc.;
c. All funds maintained at JP Morgan Chase, account number 371767515, held in the name of Jocarbo, LLC;
d. Any and all interests held by Jeffrey Carpoff and/or Paulette Carpoff in Whetstone Winery, Inc.;
e. Any and all interests held by Jeffrey Carpoff and/or Paulette Carpoff in JPC Group Investments;
f. Any and all interests held by Jeffrey Carpoff and/or Paulette Carpoff in Shift Solutions LLC;
g. Any and all interests held by Jeffrey Carpoff and/or Paulette Carpoff in Panda Bear International Ltd.;
h. Any and all interests held by Jeffrey Carpoff and/or Paulette Carpoff in MTO Cafe;
i. Any and all interests held by Jeffrey Carpoff and/or Paulette Carpoff in JMFC, Inc.;
j. Any and all interests held by Jeffrey Carpoff and/or Paulette Carpoff in PMFC Enterprises LLC;
k. Any and all interests held by Jeffrey Carpoff and/or Paulette Carpoff in LITV Entertainment Group, LLC;
l. Any and all interests held by Jeffrey Carpoff and/or Paulette Carpoff in Yountville Live;
m. 1969 Plymouth Roadrunner, VIN: RM23H9E119339, California License Number 7KWT404;
n. 2018 Bentley Bentayga, VIN: SJAAC2ZV2JC016871, California License Number 8ACK304;
o. 1969 Plymouth Roadrunner, VIN: RM21H9G224046, California License Number 7KWT403;
p. 2015 Dodge Ram 5500 Chassis, VIN: 3C7WRMBL4FG594873, California License Number 83673W1;
q. 2018 Dodge Ram 2500 Tradesman, VIN: 3C6UR5CL1JG169183, California License Number 60837K2;
r. 2018 Dodge Ram 2500 Tradesman, VIN: 3C6UR5CL7JG169186, California License Number 99981J2;
s. 2014 Dodge Ram, VIN: 3C6UR5CL3EG291677, California License Number 63502S1;
t. 2014 Dodge Ram, VIN: 3C6UR5CL1EG147612, California License Number 89288N1;
u. 2018 Dodge Ram, VIN: 3C6UR5CL9JG169190, California License Number 60844K2;
v. 2000 Porsche Boxster, VIN: WP0CA2982YU626068, Unknown License Number;
w. 2015 Yukon Denali, VIN: 1GKS2JKJ3FR710968;
x. 2017 Cadillac Escalade, VIN 1GYS4CKJ0HR242924;
y. 2017 Centurion Vessel, VIN: FINS1554F717, Unknown License Number;
z. Approximately $580,000 in U.S. Currency held by Terry L. Davis and Susan Rush in Las Vegas, Nevada, and described in Case No. A-19-803784-C, filed in

2

Final Order of Forfeiture Re Certain Seized Assets

Clark County District Court, <u>Jeff and Paulette Carpoff v. Terry L. Davis and Susan Rush</u>;

aa. Approximately $200,000 in the form of a promissory note and deed of trust, extended to Terry L. Davis and Susan Rush, residents of Las Vegas, Nevada;

bb. Any and all sales proceeds from the vehicles listed in Exhibit A, sold in <u>United States v. 2011 BMW 328I, VIN: WBAPH7C53BE460537, et al.</u>, 2:19-MC-00053-TLN-CKD;

cc. Any and all interests held by Jeffrey Carpoff and/or Paulette Carpoff in AEC Digital Solutions, LLC;

dd. Any and all interests held by Jeffrey Carpoff and/or Paulette Carpoff in American General Resources, LLC;

ee. Any and all interests held by Jeffrey Carpoff and/or Paulette Carpoff in CDRL Nutritional, Inc.;

ff. Any and all interests held by Jeffrey Carpoff and/or Paulette Carpoff in Whetstone Wine Cellars, LLC;

gg. Any and all interests held by Jeffrey Carpoff and/or Paulette Carpoff in Phoenix Myrrh Ltd.;

hh. Any and all interests held by Jeffrey Carpoff and/or Paulette Carpoff in NuLeaf Capital Investors Group, LLC;

ii. Any and all interests held by Jeffrey Carpoff and/or Paulette Carpoff in Luminary Diffusion Systems, LLC;

jj. Any and all interests held by Jeffrey Carpoff and/or Paulette Carpoff in City Zenith, LLC;

kk. Any and all interests held by Jeffrey Carpoff and/or Paulette Carpoff in Linius Technologies Ltd.;

ll. Any and all interests held by Jeffrey Carpoff and/or Paulette Carpoff in AEC Digital Solutions, LLC;

mm. Any and all interests held by Jeffrey Carpoff and/or Paulette Carpoff in Hidden Oaks Investors, LLC;

nn. Approximately $900,000.00 associated with DC Solar and referenced as a "Standby Letter of Credit," issued on November 23, 2012, by JP Morgan Chase, N.A.;

oo. Approximately $1,350,000.00 associated with DC Solar and referenced as a "Standby Letter of Credit," issued by JP Morgan Chase, N.A.;

pp. Cashier's Check number 001433345, made payable to Champion Select Insurance, in the amount of $1,294,645.40;

qq. Cashier's Check number 001433344, made payable to Bayshore Select Insurance, in the amount of $1,282,445.00; and

rr. Approximately $3,729,981.00 in U.S. Currency at Deltec Bank & Trust Limited, Nassau, Bahamas, held in the name of DC Solar International, Inc.

Beginning on April 15 and April 17, 2020, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

The Court has been advised that no third party has filed a claim to the subject property, and the

time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture Regarding Certain Seized Assets[1] shall be entered forfeiting to the United States all right, title, and interest in the below-listed property pursuant to 18 U.S.C. §§ 981(a)(1)(C) and 982(a)(1), and 28 U.S.C. § 2461(c), including all right, title, and interest of Jeff Carpoff and Paulette Carpoff:

   a. Seagrape Villa 1722 at the Four Seasons Resort Estate Nevis, "1722 Stewart's Estate," Federation of St Kitts-Nevis, West Indies, Lot 12, Clarks/Jessups (Stewarts Estate), Parish of St. Thomas, Island of Nevis;
   b. Approximately $25,000.00, plus all accrued interest, in lieu of any and all interest held by Jeffrey Carpoff and/or Paulette Carpoff in LITV Entertainment Group, LLC;
   c. Approximately $5,000.00, plus all accrued interest, in lieu of any and all interest held by Jeffrey Carpoff and/or Paulette Carpoff in Yountville Live;
   d. 1969 Plymouth Roadrunner, VIN: RM23H9E119339, California License Number 7KWT404;
   e. 2018 Bentley Bentayga, VIN: SJAAC2ZV2JC016871, California License Number 8ACK304;
   f. 1969 Plymouth Roadrunner, VIN: RM21H9G224046, California License Number 7KWT403;
   g. 2015 Dodge Ram 5500 Chassis, VIN: 3C7WRMBL4FG594873, California License Number 83673W1;
   h. 2018 Dodge Ram 2500 Tradesman, VIN: 3C6UR5CL1JG169183, California License Number 60837K2;
   i. 2018 Dodge Ram 2500 Tradesman, VIN: 3C6UR5CL7JG169186, California License Number 99981J2;
   j. 2014 Dodge Ram, VIN: 3C6UR5CL3EG291677, California License Number 63502S1;
   k. 2000 Porsche Boxster, VIN: WP0CA2982YU626068, Unknown License Number;
   l. 2015 Yukon Denali, VIN: 1GKS2JKJ3FR710968;
   m. 2017 Cadillac Escalade, VIN 1GYS4CKJ0HR242924;
   n. 2017 Centurion Vessel and Trailer, VIN: FINS1554F717, Unknown License Number;
   o. Any and all sales proceeds, plus all accrued interest, from the vehicles listed in Exhibit A attached and sold or to be disposed of in United States v. 2011 BMW 328I, VIN: WBAPH7C53BE460537, et al., 2:19-MC-00053-TLN-CKD;
   p. Cashier's Check number 001433345, made payable to Champion Select Insurance, in the amount of $1,294,645.40; and

---

[1] As explained herein, the United States seeks Final Order(s) of Forfeiture as to a portion of the assets identified in the Preliminary Orders of Forfeiture, not all of the assets. The remaining assets will be resolved pursuant to future requests for Final Orders submitted by the United States. The assets subject to this Final Order of Forfeiture are identified in paragraphs (1)(a) thru (1)(q), pages 4-5.

        q.      Cashier's Check number 001433344, made payable to Bayshore Select Insurance, in the amount of $1,282,445.00.

2.      All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3.      The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED this 16th day of September, 2022

DATED:  September 16, 2022                /s/ John A. Mendez
                                                   THE HONORABLE JOHN A. MENDEZ
                                                   SENIOR UNITED STATES DISTRICT COURT JUDGE

## Exhibit A
### Interlocutory Sale Vehicles – 2:19-MC-00053-TLN-CKD

1. Approximately $8,525.00 in U.S. Currency in lieu of 2011 BMW 328i, VIN: WBAPH7C53BE460537 (19-FBI-000710),
2. Approximately $30,000.00 in U.S. Currency in lieu of 1972 Chevrolet Cheyenne, VIN: CKE242Z132361 (19-FBI-000711),
3. Approximately $15,600.00 in U.S. Currency in lieu of 2013 BMW 328i, VIN: WBA3C1C59DF437139 (19-FBI-000712),
4. Approximately $5,800.00 in U.S. Currency in lieu of 1982 Chevrolet Camaro Z28, VIN: 1G1AP87H4CL116100 (19-FBI-000713),
5. Approximately $18,000.00 in U.S. Currency in lieu of 1972 GMC Truck, VIN: TCE242Z515922, CA License Number 1T51268 (19-FBI-000714),
6. Approximately $52,025.00 in U.S. Currency in lieu of 2018 Bennington Pontoon Boat with Trailer, VIN: ETWF4636L718 (19-FBI-000715),
7. Approximately $24,000.00 in U.S. Currency in lieu of 2013 Dodge Ram, VIN: 3C6UR5HL2DG558010 (19-FBI-000716),
8. Approximately $47,500.00 in U.S. Currency in lieu of 1970 Plymouth Satellite Belvedere, VIN: RS23U0E128051 (19-FBI-000717),
9. Approximately $83,700.00 in U.S. Currency in lieu of 1930 Cord L29 Brougham, VIN: FDA1785 (19-FBI-000718),
10. Approximately $25,100.00 in U.S. Currency in lieu of 1959 Chriscraft 1017 Boat with Trailer, VIN: CL180793 (19-FBI-000720),
11. Approximately $22,525.00 in U.S. Currency in lieu of 1993 AM General Hummer, VIN: 137XE8239PE134334 (19-FBI-000721),
12. Approximately $40,000.00 in U.S. Currency in lieu of 2018 Dodge Ram 2500, VIN: 3C6UR5CL3JG169184 (19-FBI-000723),
13. Approximately $39,500.00 in U.S. Currency in lieu of 2018 Dodge Ram 2500, VIN: 3C6UR5CL0JG169188 (19-FBI-000724),
14. Approximately $40,000.00 in U.S. Currency in lieu of 2018 Dodge Ram 2500, VIN: 3C6UR5CL3JG169189 (19-FBI-000725),
15. Approximately $40,500.00 in U.S. Currency in lieu of 2018 Dodge Ram 2500, VIN: 3C6UR5CL3JG169181 (19-FBI-000726),
16. Approximately $40,500.00 in U.S. Currency in lieu of 2018 Dodge Ram 2500, VIN: 3C6UR5CL3JG169182 (19-FBI-000727),
17. Approximately $41,000.00 in U.S. Currency in lieu of 2018 Dodge Ram 2500, VIN: 3C6UR5CL3JG169185 (19-FBI-000728),
18. Approximately $37,000.00 in U.S. Currency in lieu of 2014 Dodge Ram 2500, VIN: 3C6UR5FL1EG233322 (19-FBI-000730),
19. Approximately $32,000.00 in U.S. Currency in lieu of 2015 Dodge Ram 2500, VIN: 3C6UR5CL2FG502255 (19-FBI-000731),
20. Approximately $60,600.00 in U.S. Currency in lieu of 2017 Cadillac CTS-V, VIN: 1G6A15S67H0183167 (19-FBI-000732),
21. Approximately $105,000.00 in U.S. Currency in lieu of 2018 Dodge Challenger SRT Demon, VIN: 2C3CDZH95JH100279 (19-FBI-000733),
22. Approximately $157,500.00 in U.S. Currency in lieu of 1970 Plymouth Superbird, VIN: RM23V0A167083 (19-FBI-000734),
23. Approximately $36,000.00 in U.S. Currency in lieu of 2012 Jaguar XKR, VIN: SAJWA4DC7CMB44732 (19-FBI-000735),
24. Approximately $4,000.00 in U.S. Currency in lieu of 2015 Honda CRF 250R, VIN: JH2ME1035FK201853, License Number 74KH63 (19-FBI-000737),
25. Approximately $12,000.00 in U.S. Currency in lieu of 1967 Autobianchi Panoramica Wagon, VIN: 120B142281 (19-FBI-000738),
26. Approximately $42,500.00 in U.S. Currency in lieu of 1971 Dodge Super Bee, VIN: WM23V1A173563 (19-FBI-000739),
27. Approximately $104,000.00 in U.S. Currency in lieu of 2014 Jaguar XK, VIN: SAJWA4HA5EMB52629 (19-FBI-000740),
28. Approximately $12,900.00 in U.S. Currency in lieu of 2014 Fiat 500, VIN: 3C3CFFCR1ET288120 (19-FBI-000741),
29. Approximately $37,000.00 in U.S. Currency in lieu of 2014 Tesla Model S, VIN: 5YJSA1H15EFP51645 (19-FBI-000742),
30. Approximately $63,000.00 in U.S. Currency in lieu of 2014 Tesla Model S, VIN: 5YJSA1H26EFP68172 (19-FBI-000743),
31. Approximately $47,200.00 in U.S. Currency in lieu of 2015 Dodge Challenger SRT, VIN: 2C3CDZC98FH713883 (19-FBI-000744),
32. Approximately $31,025.00 in U.S. Currency in lieu of 2015 Dodge Challenger SRT, VIN: 2C3CDZDJ8FH809540 (19-FBI-000746),
33. Approximately $50,000.00 in U.S. Currency in lieu of 2015 Dodge Challenger SRT Hellcat, VIN: 2C3CDZC94FH887952 (19-FBI-000747),
34. 1964 Austin Cooper, VIN: AA257L535515A, CA License Number 7SDS787 (19-FBI-000748),
35. Approximately $69,000.00 in U.S. Currency in lieu of 1993 Hummer H1, VIN: 137XE8332PE134593 (19-FBI-000749),
36. Approximately $49,500.00 in U.S. Currency in lieu of 1969 Plymouth Roadrunner, VIN: RM23H9E153996 (19-FBI-000750),
37. Approximately $42,500.00 in U.S. Currency in lieu of 1966 Chevrolet Chevelle SS, VIN: 138176A119342 (19-FBI-000751),
38. Approximately $13,200.00 in U.S. Currency in lieu of 1964 Fiat Nuova, VIN: 764686, License Number 7WFU476 (19-FBI-000752),
39. Approximately $82,000.00 in U.S. Currency in lieu of 1970 Plymouth Barracuda, VIN: BS23J0B303477 (19-FBI-000753),
40. Approximately $38,525.00 in U.S. Currency in lieu of 1939 Cadillac Imperial Touring Sedan, VIN: 3290914 (19-FBI-000754),
41. Approximately $19,000.00 in U.S. Currency in lieu of 1967 Chrysler 300 Convertible, VIN: CM27K73147483 (19-FBI-000756),
42. Approximately $25,025.00 in U.S. Currency in lieu of 1967 Oldsmobile Cutlass, VIN: 338077M149183 (19-FBI-000757),
43. Approximately $26,600.00 in U.S. Currency in lieu of 1993 AM General Hummer, VIN: TEX114199 (19-FBI-000758),
44. Approximately $32,000.00 in U.S. Currency in lieu of 1971 Chevrolet Camaro Z28, VIN: 124871N517540 (19-FBI-000759),
45. Approximately $19,000.00 in U.S. Currency in lieu of 1965 Plymouth Fury LAPD Tribute, VIN: P152236018 (19-FBI-000760),
46. Approximately $20,500.00 in U.S. Currency in lieu of 1991 AM General Hummer M998, VIN: TEX114208 (19-FBI-000761),
47. Approximately $11,000.00 in U.S. Currency in lieu of 1965 Fiat 600, VIN: 1949816, CA License Number 7XAU162 (19-FBI-000762),
48. Approximately $90,000.00 in U.S. Currency in lieu of 1970 Plymouth Barracuda, VIN: BS23J0B298749 (19-FBI-000763),
49. Approximately $107,500.00 in U.S. Currency in lieu of 1970 Plymouth Superbird, VIN: RM23V0A170197 (19-FBI-000764),
50. Approximately $17,000.00 in U.S. Currency in lieu of 1961 Volkswagen Beetle, VIN: 3696311, License Number 7XSV703 (19-FBI-000765),
51. Approximately $129,000.00 in U.S. Currency in lieu of 1969 Dodge Charger 500, VIN: XX29J9B164192 (19-FBI-000766),

Final Order of Forfeiture Re Certain Seized Assets

52  Approximately $131,500.00 in U.S. Currency in lieu of 1969 Chevrolet Camaro, VIN: 124379N635549 (19-FBI-000767),
53  Approximately $41,700.00 in U.S. Currency in lieu of 1967 Dodge Dart, VIN: LL21B72329178, License Number 7XSV707 (19-FBI-000768),
54  Approximately $29,000.00 in U.S. Currency in lieu of 1966 Chevrolet Chevelle, VIN: 136176A118169 (19-FBI-000769),
55  Approximately $26,500.00 in U.S. Currency in lieu of 1932 Ford Roadster, VIN: OR83925, License Number 7XSV709 (19-FBI-000770),
56  Approximately $48,500.00 in U.S. Currency in lieu of 1970 Dodge Challenger, VIN: JS29V0B141330 (19-FBI-000771),
57  Approximately $51,500.00 in U.S. Currency in lieu of 1968 Chevrolet Camaro, VIN: 124378N440580 (19-FBI-000772),
58  Approximately $12,500.00 in U.S. Currency in lieu of 2013 Dodge Ram 1500, VIN: 1C6RR6KT1DS532270 (19-FBI-000774),
59  Approximately $128,100.00 in U.S. Currency in lieu of 2017 Bentley Continental GT, VIN: SCBFH7ZA6HC063107 (19-FBI-000777),
60  Approximately $24,000.00 in U.S. Currency in lieu of 2018 Chevrolet Volt, VIN: 1G1RD6S58JU116623 (19-FBI-000778),
61  Approximately $24,200.00 in U.S. Currency in lieu of 2018 Chevrolet Volt, VIN: 1G1RD6S55JU113937 (19-FBI-000779),
62  Approximately $5,275.00 in U.S. Currency in lieu of 2007 Dodge Ram 1500, VIN: 1D7HA16N47J619123 (19-FBI-000780),
63  Approximately $41,000.00 in U.S. Currency in lieu of 2018 Dodge Ram 2500, VIN: 3C6UR5CL9JG169187 (19-FBI-000781),
64  Approximately $25,900.00 in U.S. Currency in lieu of 1948 Chevrolet Suburban Panel Van, VIN: FBA310883 (19-FBI-000783),
65  Approximately $42,500.00 in U.S. Currency in lieu of 2002 Dodge Viper, VIN: 1B3ER65E32V102144 (19-FBI-000784),
66  Approximately $23,500.00 in U.S. Currency in lieu of 1935 Chrysler Airflow, VIN: 6605776, License Number T643087 (19-FBI-000785),
67  Approximately $167,000.00 in U.S. Currency in lieu of 2007 Ford Mustang Shelby GT 500 Supersnake, VIN: 1ZVHT88S375200007 (19-FBI-000786),
68  Approximately $22,500.00 in U.S. Currency in lieu of 1981 Pontiac Trans Am, VIN: 1G2AW87T1BL131624 (19-FBI-000787),
69  Approximately $181,000.00 in U.S. Currency in lieu of 1978 Pontiac Trans Am, VIN: 2U87L8N183594, License Number X276485 (19-FBI-000788),
70  Approximately $47,000.00 in U.S. Currency in lieu of 1964 Pontiac GTO, VIN: 824M4472, License Number 7KWT492 (19-FBI-000789),
71  Approximately $92,000.00 in U.S. Currency in lieu of 1968 Plymouth GTX, VIN: RS23J8G191594 (19-FBI-000790),
72  Approximately $87,500.00 in U.S. Currency in lieu of 1967 Ford Mustang Fastback, VIN: 7R02S164966 (19-FBI-000791),
73  Approximately $61,025.00 in U.S. Currency in lieu of 1970 Dodge Challenger Convertible, VIN: JH27G0B296419 (19-FBI-000793),
74  Approximately $155,000.00 in U.S. Currency in lieu of 1970 Plymouth Superbird, VIN: RM23U0A170840 (19-FBI-000794),
75  Approximately $200,000.00 in U.S. Currency in lieu of 1967 Ford Mustang Shelby GT 500E Supersnake, VIN: CSE67431F11SS030 (19-FBI-000796),
76  Approximately $22,200.00 in U.S. Currency in lieu of 1939 Buick Roadmaster, VIN: NM69226, License Number 7KWT697 (19-FBI-000797),
77  Approximately $14,000.00 in U.S. Currency in lieu of 1962 Oldsmobile Jetfire, VIN: 621K09834 (19-FBI-000798),
78  Approximately $15,800.00 in U.S. Currency in lieu of 1967 Autobianchi Panoramica Wagon, VIN: 120B121339 (19-FBI-000799),
79  Approximately $60,000.00 in U.S. Currency in lieu of 1970 Plymouth Roadrunner, VIN: RM21V0G160968 (19-FBI-000800),
80  Approximately $48,000.00 in U.S. Currency in lieu of 1971 Chevrolet Camaro, VIN: 124871N533590 (19-FBI-000801),
81  Any remaining interest, after payment to lienholder, from the sale of 2018 Prevost Outlaw Motorhome, VIN: 2PCV33492GC713105 (19-FBI-000802),
82  Approximately $36,900.00 in U.S. Currency in lieu of 2011 Dodge Ram 3500, VIN: 3D73Y3HL9BG569763 (19-FBI-000803),
83  Approximately $37,900.00 in U.S. Currency in lieu of 1951 Chevrolet Thriftmaster 3100, VIN: 3JPL3991 (19-FBI-000806),
84  Approximately $34,025.00 in U.S. Currency in lieu of 1969 Chevrolet El Camino, VIN: 36809Z311105 (19-FBI-000807),
85  Approximately $66,100.00 in U.S. Currency in lieu of 1969 Chevrolet Camaro, VIN: 124379N652463 (19-FBI-000808),
86  1969 Chevrolet Camaro, VIN: 124379N675016 (19-FBI-000809),
87  Approximately $38,500.00 in U.S. Currency in lieu of 1967 Chevrolet Camaro, VIN: 124377L119172 (19-FBI-000810),
88  Approximately $56,500.00 in U.S. Currency in lieu of 1967 Chevrolet Camaro, VIN: 124677L137885 (19-FBI-000811),
89  Approximately $29,000.00 in U.S. Currency in lieu of 1968 Chevrolet Nova, VIN: 113278W232040 (19-FBI-000812),
90  Approximately $14,000.00 in U.S. Currency in lieu of 1960 Volkswagen Beetle, VIN: 3003841 (19-FBI-000813),
91  Approximately $14,700.00 in U.S. Currency in lieu of 1968 Fiat 600, VIN: 2337702 (19-FBI-000814),
92  Approximately $17,250.00 in U.S. Currency in lieu of 1967 Fiat Autobianchi, VIN: 020239 (19-FBI-000815),
93  Approximately $13,000.00 in U.S. Currency in lieu of 1959 Nash Metropolitan, VIN: E66354 (19-FBI-000816),
94  Approximately $32,500.00 in U.S. Currency in lieu of 1962 Chevrolet Nova, VIN: 204370154424, License Number 4GAM229 (19-FBI-000817),
95  Approximately $25,000.00 in U.S. Currency in lieu of 2018 Chevrolet Volt, VIN: 1G1RD6S52JU115029, License Number 8CBD639 (19-FBI-000818),
96  Approximately $25,700.00 in U.S. Currency in lieu of 2018 Chevrolet Volt, VIN: 1G1RD6S53JU112186, License Number 8CBD636 (19-FBI-000819),
97  Approximately $26,200.00 in U.S. Currency in lieu of 2018 Chevrolet Volt, VIN: 1G1RD6S59JU116355, License Number 8CBD638 (19-FBI-000820),
98  Approximately $5,600.00 in U.S. Currency in lieu of 2005 Ford F-150, VIN: 1FTPW14515FB75323, License Number 7Y10108 (19-FBI-000821),
99  Approximately $40,500.00 in U.S. Currency in lieu of 2015 Dodge Ram 2500, VIN: 3C6UR5FL9FG502250, License Number 65188S1 (19-FBI-000822),
100  Approximately $16,250.00 in U.S. Currency in lieu of 2014 Dodge Ram 1500, VIN: 3C6JR6DM5EG332861, License Number 75172T1 (19-FBI-000823),
101  Approximately $11,700.00 in U.S. Currency in lieu of 2006 Dodge Ram 2500, VIN: 3D7KS26C76G117357, License Number 8Y16761 (19-FBI-000824),
102  Approximately $12,500.00 in U.S. Currency in lieu of 1968 Fiat 500F, VIN: 1689070 (19-FBI-000825),
103  Approximately $10,500.00 in U.S. Currency in lieu of 1973 Fiat 500, VIN: 5129918 (19-FBI-000826),

7   Final Order of Forfeiture Re Certain Seized Assets

104  Approximately $50,100.00 in U.S. Currency in lieu of 1960 Austin Healey 3000, VIN: HBT7L5195 (19-FBI-000827),
105  Approximately $24,500.00 in U.S. Currency in lieu of 2003 Mercedes Benz G500, VIN: WDCYR49E03X140019 (19-FBI-000828),
106  Approximately $25,000.00 in U.S. Currency in lieu of 1967 Chevrolet El Camino, VIN: 136807Z137048 (19-FBI-000829),
107  Approximately $64,000.00 in U.S. Currency in lieu of 1940 Plymouth Special Deluxe, VIN: P10255970A (19-FBI-000830),
108  Approximately $55,000.00 in U.S. Currency in lieu of 1970 Plymouth Roadrunner, VIN: RM21N0E140614 (19-FBI-000831),
109  Approximately $133,000.00 in U.S. Currency in lieu of 1965 Ford Mustang Fastback, VIN: 5F09T606756 (19-FBI-000832),
110  Approximately $47,100.00 in U.S. Currency in lieu of 1971 Dodge Challenger, VIN: JH23G1B304722 (19-FBI-000833),
111  Approximately $37,700.00 in U.S. Currency in lieu of 2010 Chevrolet Camaro SS, VIN: 2G1FT1EW1A9126145 (19-FBI-000834),
112  Approximately $18,000.00 in U.S. Currency in lieu of 1954 Chevrolet Bel Air, VIN: B540023782, License Numbers AWK518/ 3DNW123 (19-FBI-000835),
113  Approximately $35,500.00 in U.S. Currency in lieu of 1941 Ford Model T, VIN: TEX113799 (19-FBI-000836),
114  Approximately $58,000.00 in U.S. Currency in lieu of 1970 Plymouth Barracuda, VIN: BH23L0E101535 (19-FBI-000837),
115  Approximately $16,200.00 in U.S. Currency in lieu of 1966 Cadillac De Ville Coupe, VIN: J6200404, License Number SFA651 (19-FBI-000838),
116  Approximately $42,000.00 in U.S. Currency in lieu of 1970 Plymouth Sport Satellite, VIN: RH27GOG109624 (19-FBI-000839),
117  Approximately $36,250.00 in U.S. Currency in lieu of 1966 Ford Fairlane, VIN: 6H46C103584 (19-FBI-000840),
118  Approximately $43,000.00 in U.S. Currency in lieu of 1968 Plymouth Road Runner, VIN: RM23H8G269663 (19-FBI-000841),
119  Approximately $105,000.00 in U.S. Currency in lieu of 1968 Plymouth Road Runner, VIN: RM21J8G176738 (19-FBI-000842),
120  Approximately $102,000.00 in U.S. Currency in lieu of 1968 Dodge Coronet Super Bee, VIN: WM21J8G244328 (19-FBI-000843),
121  Approximately $37,000.00 in U.S. Currency in lieu of 1968 Plymouth Road Runner, VIN: RM21H8E122344 (19-FBI-000844),
122  Approximately $20,500.00 in U.S. Currency in lieu of 1971 Chevrolet El Camino, VIN: 136801L154531 (19-FBI-000845),
123  Approximately $232,000.00 in U.S. Currency in lieu of 1967 Ford Mustang Shelby GT, VIN: CSE67431F51SS058 (19-FBI-000846),
124  Approximately $19,000.00 in U.S. Currency in lieu of 1969 Plymouth Road Runner, VIN: RM23H9G229326 (19-FBI-000847),
125  Approximately $215,000.00 in U.S. Currency in lieu of 1969 Dodge Charger Daytona, VIN: XX29L9B410796 (19-FBI-000848),
126  Approximately $18,250.00 in U.S. Currency in lieu of 1972 Oldsmobile Cutlass, VIN: 3G87H2M139607 (19-FBI-000849),
127  Approximately $26,600.00 in U.S. Currency in lieu of 1965 Buick Skylark, VIN: 444275Z123947 (19-FBI-000850),
128  Approximately $40,200.00 in U.S. Currency in lieu of 1970 Chevrolet Chevelle, VIN: 136370R206402 (19-FBI-000851),
129  Approximately $111,000.00 in U.S. Currency in lieu of 1965 Ford Mustang Shelby GT500, VIN: 5R09A135014 (19-FBI-000852),
130  Approximately $33,000.00 in U.S. Currency in lieu of 1979 Pontiac Firebird Trans Am, VIN: 2X87Z9L158353 (19-FBI-000853),
131  Approximately $7,400.00 in U.S. Currency in lieu of 1989 Chevrolet Camaro, VIN: 1G1FP31E1KL204902 (19-FBI-000854),
132  Approximately $100,500.00 in U.S. Currency in lieu of 1962 Ford F-100, VIN: F10JK295453 (19-FBI-000856),
133  Approximately $19,500.00 in U.S. Currency in lieu of 1940 Cadillac Series 75 Limousine, VIN: 3320188 (19-FBI-000857),
134  Approximately $24,500.00 in U.S. Currency in lieu of 1978 Jeep CJ-7, VIN: J8F93EH014818 (19-FBI-000858),
135  Approximately $25,100.00 in U.S. Currency in lieu of 1972 Dodge Power Wagon Truck, VIN: W14AE2S578707 (19-FBI-000859),
136  Approximately $33,000.00 in U.S. Currency in lieu of 1928 Ford Model A Tudor Sedan, VIN: MBPGSIN7725 (19-FBI-000860),
137  Approximately $39,500.00 in U.S. Currency in lieu of 1926 Ford Model T, VIN: OR17679942 (19-FBI-000861),
138  Approximately $54,500.00 in U.S. Currency in lieu of 1929 Ford Custom Coupe, VIN: 1131945 (19-FBI-000862),
139  Approximately $36,000.00 in U.S. Currency in lieu of 1936 Ford Truck, VIN: 183242651 (19-FBI-000863),
140  Approximately $27,000.00 in U.S. Currency in lieu of 1950 Chevrolet 3100 Truck, VIN: CKL148Z152798 (19-FBI-000864),
141  Approximately $87,000.00 in U.S. Currency in lieu of 1969 Plymouth Roadrunner, VIN: RM23H9G283783 (19-FBI-000865),
142  Approximately $206,000.00 in U.S. Currency in lieu of 1967 Ford Mustang Super Snake, VIN: TEX114250 (19-FBI-000866),
143  Approximately $31,200.00 in U.S. Currency in lieu of 1970 Chevrolet Camaro, VIN: 124870L506468 (19-FBI-000867),
144  Approximately $15,000.00 in U.S. Currency in lieu of 1971 Plymouth Scamp, VIN: VH23G1R294584 (19-FBI-000868),
145  Approximately $25,500.00 in U.S. Currency in lieu of 2008 Maserati Gran Turismo, VIN: ZAMGJ45A380036731 (19-FBI-000869),
146  Approximately $35,025.00 in U.S. Currency in lieu of 1967 Chevrolet Truck, VIN: CE147Z133816, License Numbers RSICK67/8D62591 (19-FBI-001126),
147  Approximately $37,000.00 in U.S. Currency in lieu of 1941 Plymouth Special Deluxe, VIN: 11142858 (19-FBI-001127),
148  Approximately $36,000.00 in U.S. Currency in lieu of 1955 Chevrolet 3100 Truck, VIN: H255L012288 (19-FBI-001128), and
149  Approximately $50,650.00 in U.S. Currency in lieu of 1968 Chevrolet Chevelle, VIN: 136378K132288 (19-FBI-001129).